IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:02-CR-043-SPM/AK

JEFFREY SCOTT SMITH,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE SENTENCE

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 99) filed on July 11, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been filed. This Court agrees with the magistrate's finding that neither trial nor appellate counsel rendered ineffective assistance in representing Defendant.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 99) is adopted and incorporated by reference in this order.

2.  The motion to vacate, set aside or correct sentence (doc. 66) is hereby *denied*.

**DONE AND ORDERED** this <u>sixteenth</u> day of August, 2007.

<u>   s/ Stephan P. Mickle   </u>
Stephan P. Mickle
United States District Judge